UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISCTRICT OF INDIANA

Emad Abed, )
P.O. Box 14654 )
Minneapolis, MN 55414 )
)
And )
Emad Abed, Executor )
P.O. Box 14654 )
Minneapolis, MN 55414 )
)
      Plaintiffs )
)
v. )
)   Civil Case No. 2:22-CV-369
Andrea Rios, Personal Capacity )
16343 Emerson Dr. )
Orland Park, IL 60467, )
)
Surayyah ElSharif, Personal Capacity )   **JURY TRIAL DEMANDED**
16343 Emerson Dr. )
Orland Park, IL 60467, )
)
Jesus Rios, Personal Capacity )
16343 Emerson Dr. )
Orland Park, IL 60467, )
)
And )
)
Andrea ElSharif and Surayyah Seif ElSharif )
as Co-Personal Representatives for the Estate )
of Seif ElSharif and Samirah Realty, LLC, )
)
ElSharif, LLC )
16343 Emerson Dr. )
Orland Park, IL 60467, )
)
JZDA LLC )
5555 70th Place )
Bedford Park, IL 60638, )
)
      Defendants )

-FILED-

DEC 0 1 2022

At _____M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## COMPLAINT

1. Emad Abed (the "Plaintiff") brings this action against Defendant Andrea Rios decedent's second ex-wife fueled by jealousy and greed spurred her and her husband Jesus Rios to murder, and for conspiring with all the Defendants to terrorize and commit murder against Decedent Seif AlSharif by planning, promoting, and participating with all the Defendants in the violent attack on Decedent Seif ElSharif (the "Victim").

## NATURE OF THIS ACTION

2. On or about June 3, 2019 Plaintiff Emad Abed was appointed executor of the Estate of Seif AlSharif, deceased, by Decedent Seif AlSharif, after having received death threats.

3. Plaintiff is the Executor and personal representative of the Estate of Seif AlSharif appointed by signed agreement from the decedent.

4. That at all times herein mentioned, all acts occurred in the Briar Ridge County Club Community, County of Lake, State of Indiana decedent Seif AlSharif was residing in Dyer, IN.

5. At all times here mentioned, decedent Seif AlSharif was a resident of the County of Lake.

6. Plaintiff is informed and believes, and thereon alleges, that each Defendant designated herein is responsible in some manner for the events and happenings herein referred to, and caused or contributed to the injuries and damages to Plaintiff as herein alleged.

7. On or about September 25, 2019, Andrea Rios and Defendants, planned and prepared to assault, batter and murder Seif AlSharif and did thereafter brutally, and with malice aforethought, stalk, attack and repeatedly beat decedent, Seif AlSharif. Defendants, and each of them, left him in his garage of his residence to die. Seif AlSharif survived the brutal attack for

some unknown period of time and thereafter bled to death as a direct legal result of the wrongful and homicidal acts Andrea Rios and the Defendants.

8. The attack was perpetrated by Defendant Andrea Rios and the Defendants with full knowledge that the assault and battery upon decedent's body would lead to his death. Each of the acts alleged herein were done with wanton, reckless disregard for the rights of the decedent and the full knowledge that he would die as a result of said acts.

9. As a proximate result of the assault, battery and murder of Seif AlSharif by Defendants, and decedent was required to be examined by the corners office but did not perform an autopsy to determine the cause of death.

10. in the wake of this assault, the decedent's home was left in shambles, with the decedent's siblings and close relatives left to deal with the aftermath of the violent crime

11. On or about September 25, 2019, and prior to decedent's death, the home security was intentionally turned off, and personal property of decedent was stolen as a legal result of defendants' wrongful acts. The amount of said property is unknown at present. Plaintiff will amend this complaint according to proof when said amount becomes known.

12. In doing the acts herein alleged, through this action Plaintiff seeks to hold the Defendants, and each of them accountable under federal laws of the Northern District of Indiana for the actions committed in furthering their conspiracy when they acted with oppression, fraud, and malice. The Plaintiff seeks compensatory, statutory is entitled to punitive relief and exemplary damages in an amount to be proven at the time of trial.

**WHEREFOR,** Plaintiff prays judgement as follows:

1) For personal property according to proof.

2) For punitive and exemplary damages according to proof.

3) For costs of suit herein incurred.

4) For such other and further relief as the Court may deem proper.

## PARTIES

13.  **Plaintiff Emad Abed:**  Abed is a resident and citizen of the State of Minnesota. Abed is an Executor of Seif AlSharif deceased's Estate and is currently holding the Estate's Assets.

14.  **Defendant Andrea Rios:**  Andrea Rios is a resident and citizen of the state of Illinois. Andrea Rios is the decedent's second ex-wife; she was divorced from the decedent in year 2018 after she had cheated on the decedent and had an affair with one of his employee's Jesse Rios. She was paid in a divorce settlement of approximately $1,000,000.00 in cash money and she went on with life to marry Jesse Rios her current husband today and lived with the decedent's three minor children at the time. Andrea Rios was experiencing a rough marriage with Jesse Rios. They had lots of fights in front of decedent's minor children and the children complaint to the decedent that Jesse Rios appears indecent in front of the children. They recorded a video and sent it to their father. That's when the decedent vowed to take custody of his minor children all young girls. That news upset the Defendant, as she will lose child support monthly payments. Especially after her and her new husband Defendant Jesse Rios had already spent the One Million Dollars, she received from the decedent in the settlement divorcee. Defendants Andrea Rios and her husband Jesse Rios purchased a bar business that they drove to the ground and lost all their money. Defendants losing all their money, potentially losing the minor children in a custody battle with the decedent and jealousy of the decedent's success in business were the core motives of the Defendants to plot, plan and execute a heinous murder crime against the decedent.

15. **Defendant Surayyah AlSharif:** Surayyah AlSharif, is a resident and citizen of the state of Illinois. Surayyah AlSharif is the decedent's oldest daughter; she is approximately 22-years of age now. She was still a teenage minor when the decedent divorced her mother and married Defendant Jesse Rios. She fell under her mother's manipulation as a teenage child and she developed and stored inner hate for her father while being under the influence of her mother. Defendant Surayyah AlSharif is a key daughter because she turned 18-year-old exactly 2-weeks before the decedent (her father) was murdered in his home garage. The decedent hated her mother Defendant Andrea Rios for breaking up his marriage and his family. The decedent also hated Jesse Rios for taking advantage of his employment and make a move on the decedent's wife and convince her to engage in intimate and sexual acts that would eventually break up the decedent's mirage and destroy his home and family. The motive is very clear it's a financial one and greed for money. Defendant Surayyah AlSharif signed a power of Attorney to become a Co-Representative for decedent Seif AlSharif Estate. This action clearly is perpetrated by her mother Defendant Andrea Rios and her husband Defendant Jesse Rios. The decedent would never approve of such action. He would want Defendants as far away from his children and his Estate. Defendant Andrea Rios attained a Power of Attorney from her daughter Defendant Surayyah AlSharif in order to commit acts of fraud against the decedent's Estate and to dip in to the personal property, assets, and money of the decedent. Proofs and evidence of these acts of Fraud will be submitted in this Complaint as exhibits.

16. **Defendant Jesus Rios:** Jesse Rios is a resident and citizen of the state of Illinois. Jesse Rios is the decedent's former employee (a floor manager) at one of decedent's clubs Ocean. ex-wife; she was divorced from the decedent in year 2018 after she had cheated on the decedent and had an affair with one of his employee's Jesus Rios. She was paid in a divorce settlement of

approximately $1,000,000.00 in cash money and she went on with life to marry Jesse Rios her current husband today and lived with the decedent's

17. **Defendant ElSharif, LLC:** ElSharif, LLC is a Limited Liability Company organized under the State of Illinois, was owned by the decedent and later the decedent assigned all the memberships of the LLC with his Nephew Plaintiff Emad Abed but his Estate intervened in the business relationship and illegally evicted tenant CWSW, LLC d/b/a Ocean in order to grant an illegal lease to Defendant JZDA LLC which is owned by Defendant Jesus R Rios who married to Defendant Andrea Rios.

18. Defendant JZDA LLC is a limited liability Company organized under the law of the State of Illinois, and is owned by Defendant Jesus R Rios. JZDA LLC obtained a Liquor and Business License in the City of Bedford Park in Illinois in the property that is owned by RKL Landholding, LLC

19. **Defendant Andrea ElSharif and Surayyah Seif ElSharif as Co-Personal Representatives for the Estate of Seif ElSharif and Samirah Realty, LLC:**

The Estate of Seif ElSharif owns real property assets in the states of Indiana Illinois and internationally. Defendants Co-Personal Representatives Andrea ElSharif and Surayyah Seif ElSharif of Seif ElSharif Estate are not the proper party to represent the Estate. Defendants have been given proper notice that Plaintiff was appointed as an Executor to decedent's Estate before his death and is the proper party to manage the Estate, and Defendants should step aside. Defendants have committed intentional acts of Fraud in managing the Estate and brought about destruction to the assets of the Estate in order to steal the assets of the Estate to their personal advantage violating their fiduciary duty to the Estate.

## JURISDICTION AND VENUE

20. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1) which provides Federal Courts with jurisdiction in all civil actions where the matter in controversy exceeds the sum of $75,000 and is between citizens of different states. Plaintiff, being a resident of Minneapolis, Minnesota, is a diverse from Defendants, being residents of Orland Park, Illinois. The Seif ElSharif Estate is a party managing the legal affairs of the Estate in Crown Point, Indiana, with Real Estate and companies in the States of Indiana, Illinois and internationally in the countries of Jordan and Egypt conducting business in the State of Indiana.

21. This Court is the proper venue for this case pursuant to 28 U.S.C. §1391(b) because Defendants reside and operate a place of business in the state of Indiana and in this district.

## Count I – Intentional Infliction of Emotional Distress

Plaintiff incorporates paragraphs 1 through 21 of the Complaint as if fully set forth under this count.

22. Defendant Andrea Rios and Jesse Rios conduct prior to Andrea's divorce from the decedent when she committed an adultery with her current husband Defendant Jesse Rios was extremely hurtful and ended up breaking up the family institution that ended in a divorce.

23. Defendant Andrea Rios intended to inflict severe emotional distress upon the decedent when she manipulated the decedent's oldest daughter Defendant Surayyah ElSharif when she turned her against her father when he was a live and while she cheating with one of decedent's employees Defendant Jesus R Rios.

24. At all relevant times, Defendants knew the decedent suffered from breaking up his family and moving his minor children out of his home in Dyer, Indiana. And that such events inflicted extreme stress on decedent's body, wellbeing and has suffered severe emotional distress.

**WHEREFORE**, Plaintiff demands judgement against the Defendants for compensatory damages in an amount to be determined at trial and punitive damages based upon the Defendant's egregious conduct in intentionally inflicting emotional distress upon the decedent, and for such other and further relief as the Court deems just and proper.

### Count II – Conspiracy to Commit Assault and Murder

Plaintiff incorporates paragraphs 1 through 24 of the Complaint as if fully set forth under this count.

25. Defendants as set forth in the facts above constituted a conspiracy to commit murder.

26. Together with other individuals, Defendants intentionally solicited an assault, battery and murder upon the decedent. Defendants agreed and understood that the attack would occur in accordance with Defendants direction in order to take control and possession of decedents estate a murder criminal act for greed. Greed and Money were the motive for the gruesome crime.

27. In furtherance of the conspiracy to assault, batter and murder of the decedent, Defendants decided to wait until decedent's oldest daughter tuned 18-years old in order to grant her mother Defendant Andrea Rios a power of Attorney to become a Co-Personal representative to the decedent's estate and attempt to take control of the assets and commit more crimes in fraudulent transaction that entitled her to financial reward misrepresenting that she is still the wife of the decedent and she is entitled to inheritance. *Exhibit I*

### Count III – Conspiracy to Commit Trespass

Plaintiff incorporates paragraphs 1 through 27 of the Complaint as if fully set forth under this count.

28. Together with other individuals, Defendants intentionally solicited an assault, battery and murder upon the decedent as alleged above.

29.     Defendants understood, directed, desired and executed this attack at decedent's residence in Dyer, Indiana in his garage.

30.     In directing other unauthorized persons to unlawfully enter the decedent's property for the purpose of attacking him and murdering him, Defendants committed conspiracy to commit trespass.

**WHEREFORE,** Plaintiff demands judgement against Defendants for compensatory damages in an amount to be determined at trial and punitive damages based upon Defendants' egregious conduct in conspiring to commit trespass upon decedent's residence in order to kill him, and for such other relief as the Court deems just and Proper.

### Count IV – Fraud

Plaintiff incorporates paragraphs 1 through 30 of the Complaint as if fully set forth under this count.

31.     All Defendant and especially Defendants Andrea Rios and Surayyah ElSharif intentionally committed acts of fraud in appointing themselves a Co-Represevtative's of decedent's Estate and in filing false documents in a court of law in the county of Jordan to swindle money while claiming that Defendant Andrea Rios was still remaining married to the decedent in order to gain inheritance of 9 shares out of 72 shares of the international assets in the counties of Jordan and Egypt, in violation of 18 U.S. Code § 1341 – Frauds and Swindles and 18 U.S. Code § 1001 Chapter 47 – Fraud and False Statements. *Exhibit II.* Additionally, Defendants misrepresented to a probate Court of Law the facts in several transactions relevant to the decedent's assets and transactions in order to defraud decedent's partnerships in business.

**WHEREFORE,** Plaintiff demands judgement against the Defendants for compensatory damages in an amount to be determined at trial and punitive damages based upon the

Defendant's egregious conduct in intentionally committing fraud upon the Plaintiffs, and for such other and further relief as the Court deems just and proper.

### Count V – Breach of Fiduciary Duty

Plaintiff incorporates paragraphs 1 through 31 of the Complaint as if fully set forth under this count.

32. Defendants Andrea Rios and Surayyah ElSharif intentionally breach their fiduciary duties in violation of 29 U.S Code § 1109 – Liability for breach of fiduciary duty. Defendants are a fiduciary with respect to the Seif ElSharif Probate matter and owed professional responsibilities, obligation, and duties to all the heirs and beneficiaries under Sharia 'a Law in violation of this subchapter and shall be personally liable to make good to such Estate any profits to the Estate resulting from each such breach, and to restore to the such Estate any profits of such fiduciary which have been made through use of assets of the Estate by the fiduciary, and shall be subject to such other equitable or remedial relief as the Court may deem appropriate, including removal of such Fiduciary. A Fiduciary may also be removed for a violation of section 1111 of this title.

**WHEREFORE**, Plaintiff demands judgement against the Defendants for compensatory damages in an amount to be determined at trial and punitive damages based upon the Defendant's egregious conduct in intentionally breaching their fiduciary as fraud appointed Co-Representatives of decedent's estate duties committing fraud upon heirs, the Plaintiffs, and all claims against the estate, and for such other and further relief as the Court deems just and proper.

### Count VI - Embezzlement and Theft

Plaintiff incorporates paragraphs 1 through 32 of the Complaint as if fully set forth under this count.

33. Defendants Andrea Rios and Jesse Rios Embezzled from the decedent's (Seif ElSharif) Estate substantial amounts of cash money and personal property in order to benefit herself and her husband Jesse Rios. Besides the personal property stolen she stole 9-shares from the decedent's assets in the countries of Jordan and Egypt in violation of Federal Law. The penalty for stealing from an Estate (Inheritance theft) provides the grounds to remove both Co-Personal Representatives to Decedent Seif ElSharif, the Court can order the Co-Representatives to return the stolen assets and pay damages to the beneficiaries. Also, the Defendants are subject to a felony and criminal charges subject to serve up to 25-years in federal prison.

**WHEREFORE**, Plaintiff demands judgement against the Defendants for compensatory damages in an amount to be determined at trial and punitive damages based upon the Defendant's egregious conduct in intentionally committing Embezzlement and Theft upon the estate, heirs and the Plaintiffs, and for such other and further relief as the Court deems just and proper.

## Count VII - Contractual Interference

Plaintiff incorporates paragraphs 1 through 33 of the Complaint as if fully set forth under this count.

34. Defendants interfered in the contractual agreements between Plaintiff Abed and the decedent in order to gain access to the Estate.

35. Defendants interfered in the contractual agreements between Plaintiff Abed and the decedent when the decedent appointed Plaintiff Abed as an Executor to his Estate.

36. Defendants maliciously deprived Plaintiff of their rights and injured Plaintiff such an injury without sufficient justification, amount to a tort for which Plaintiff seek compensation for damages.

**WHEREFORE**, Plaintiff demands judgement against the Defendants for compensatory damages in an amount to be determined at trial and punitive damages based upon the Defendant's egregious conduct in intentionally committing Contractual interference upon the estate, and the Plaintiffs, and for such other and further relief as the Court deems just and proper.

### Count VII – Interference with Contractual Relations

Plaintiff incorporates paragraphs 1 through 36 of the Complaint as if fully set forth under this count.

37. All Defendants are Liable to pay damages in tort for actions intended to interfere with the Plaintiff's contractual relations and agreements with the decedent in order to gain access and take possession of the Estate assets in the US and Internationally.

38. A valid contract existed between Plaintiff Abed and decedent Seif AlSharif that appointed Plaintiff Abed as an Executor to his Estate.

39. Defendants were aware and had knowledge that a contract existed between Plaintiff and the decedent when decedent appointed Plaintiff Abed as an Executor to his Estate.

40. All Defendants acted intentionally and improperly.

41. Plaintiff Abed was injured by the All the Defendants' actions. *United Truck Leasing Corp. v. Geltman*, 406 Mass. 811, 812, 551 N.E.2d 20 n. 6 (Mass. 1990).

**WHEREFORE**, Plaintiff demands judgement against the Defendants for compensatory damages in an amount to be determined at trial and punitive damages based upon the

Defendant's egregious conduct in intentionally committing Contractual interference in business relations upon the estate, and the Plaintiffs, and for such other and further relief as the Court deems just and proper.

## Count VIII – Tortious Interference with Business and Contract Expectancy with the City Bedford Park

Plaintiff incorporates paragraphs 1 through 41 of the Complaint as if fully set forth under this count.

42. Defendants Andrea Rios, Jesus Rios, ElSharif, LLC and JZDA LLC intentionally engaged in the conduct with the primary purpose of interfering with Plaintiff's existing business relationship with the City of Bedford Park through improper methods. Defendants interfered with Plaintiff's contract expectancy, prospective business relationship and economic advantage that resultant damage to the Plaintiff and prevented the Plaintiff from realizing its business expectancy because of Defendants' intentional misconduct.

**WHEREFORE**, Plaintiff demands judgement against the Defendants for compensatory damages in an amount to be determined at trial and punitive damages based upon the Defendant's egregious conduct in intentionally committing Contractual interference in business and contract expectancy upon the estate, and the Plaintiffs, and for such other and further relief as the Court deems just and proper.

## Count VIIII – Declaratory Judgement Declaring Decedent's Contractual Agreements with Plaintiff are Binding and Enforceable Including Executor Appointment

Plaintiff incorporates paragraphs 1 through 42 of the Complaint as if fully set forth under this count.

43. All agreements between decedent Seif AlSharif and Plaintiff Abed are valid.

44. All assets of decedent fall under the authority of Plaintiff as the Executor to Decedent's Estate.

**WHEREFORE,** Plaintiffs respectfully request that the Court enter declaratory judgement (1) finding that all agreements between the decedent and Plaintiffs are valid, binding and enforceable, (2) finding that the rightful owner of all assets are in accordance with Plaintiffs' and the Executor's instructions, and (3) granting Plaintiffs all other just and proper relief.

### Jury Demand

Plaintiffs demand a jury trial on all issues so triable.

Date:  December 1, 2022            Respectfully Submitted by:

Signature of Defendant: _____

Emad Abed
P.O. Box 14654
Minneapolis, MN 55414
emadyousefabed@yahoo.com
Tel: (612) 387 - 2863
*Pro Se*

## CERTIFICATE OF SERVICE

This is to Certify that the foregoing Complaint, with Exhibits, was sent Via Email and United States Mail on the 1st day of December, postage thereon to:

| | |
|---|---|
| Scott J. Fandre<br>Krieg De Vault LLP<br>33 North Dearborn St., Suite 1140<br>Chicago, IL 60602<br>Phone: (312) 423-9300<br>Fax:     (312) 423-9303<br>Email: sfandre@kdlegal.com | Nancy Townsend/Brian Hittinger<br>Krieg De Vault LLP<br>8001 Broadway, Suite 400<br>Merrillville, IN 46410<br>Phone: (219) 227-6100<br>Fax:     (219) 227-6101<br>Email: jbhittinger@kdlegal.com<br>             ntownsend@kdlegal.com |

*Attorneys for Plaintiffs*

Dated: December 1, 2022    Signature of Defendant: _____

Emad Abed
P.O. Box 14654
Minneapolis, MN 55414
emadyousefabed@yahoo.com
Tel: (612) 387 - 2863
*Pro Se*