**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

EMAD ABED, Executor

      Plaintiff,

      v.

ANDREA RIOS, SURAYYAH ELSHARIF,
JESUS RIOS, ANDREA ELSHARIF as
CoPersonal Representatives for the estate of
Seif ElSharif and Samirah Realty, LLC,
SURAYYAH SEIF ELSHARIF, as
CoPersonal Representatives for the estate of
Seif ElSharif and Samirah Realty, LLC,
ELSHARIF, LLC, and JZDA LLC,

      Defendants.

CAUSE NO.: 2:22-CV-369-TLS-JPK

**ORDER**

In the Court's Opinion and Order of December 19, 2022 [ECF No. 3], the Court denied the

Plaintiff's Motion to Proceed In Forma Pauperis [ECF No. 2], dismissed the Complaint [ECF

No. 1] without prejudice, and granted the Plaintiff up to and including February 1, 2023, to file an

amended complaint as well as either a new motion to proceed in forma pauperis or the filing fee.

The Court has allowed the Plaintiff sufficient time, and the Plaintiff has not responded.

Therefore, the Court DIRECTS the Clerk of Court to close this case.

SO ORDERED on February 8, 2023.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT