AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

EMAD ABED, *Executor*
    Plaintiff

        v.          Civil Action No.   2:22-cv-369

ANDREA RIOS, *Personal Capacity*
SURAYYAH ELSHARIF, *Personal Capacity*
JESUS RIOS, *Personal Capacity*
ANDREA ELSHARIF, *as Co-Personal Representatives for the estate of* Seif ElSharif and Samirah Realty, LLC
SURAYYAH Seif ElSharif, *as Co-Personal Representatives for the estate of* Seif ElSharif and Samirah Realty, LLC
ELSHARIF, LLC
JZDA, LLC
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:   This case is DISMISSED. _____

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by   Judge Theresa L. Springmann

DATE: 2/9/2023　　　　　　　　　　ACTING CLERK OF COURT, CHANDA J. BERTA

　　　　　　　　　　　　　　　　　by　　s/S. Kowalsky
　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*